✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

LAURIE LONGMORE

**SUMMONS IN A CIVIL ACTION**

V.

COHEN AND SLAMOWITZ, LLP

CASE NUMBER:   709CV104 GTS/GJD

TO: (Name and address of Defendant)

COHEN AND SLAMOWITZ, LLP
199 Crossways Park Drive
P.O. Box 9004
Woodbury, New York 11797-9004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary Pieples, Esq.
Syracuse University College of Law
Office of Clinical Legal Education
P.O. Box 6543
Syracuse, New York 13217-6543

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Lawrence K. Baerman_
Clerk of Court

| CLERK | | DATE |
| --- | --- | --- |
| | | 1/29/2009 |

Marie N. Marra

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　　Date　　　　　　　　　 *Signature of Server*

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.