UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAURIE LONGMORE

    *against*

Plaintiff(s), Petitioner(s)

COHEN & SLAMOWITZ LLP

Defendant(s), Respondent(s)

ATTORNEY: Syracuse University

Index No.: 709cv104 GTS/GJD

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, Yuliya Maiouchkina, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Little Neck, NY.

That on **March 27, 2009 at 3:26 PM at 199 Crossways Park Drive, 1st Fl, Woodbury, NY 11797,** deponent served the **Summons in a Civil Action & Civil Complaint & Civil Cover Sheet** upon **Cohen & Slamowitz LLP,** defendant/respondent/recipient herein .

Said service was effected in the following manner;

By delivering to and leaving a true copy of each to **Donna Schreiner** personally, a person who stated to be an authorized agent to receive process service for **Cohen & Slamowitz LLP.** Deponent knew said so served to be the described in said Summons in a Civil Action & Civil Complaint & Civil Cover Sheet as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Receptionist / Authorized Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Light Brown** Age(Approx): **27** Height(Approx): **5' 5"** Weight(Approx): **120-130 lbs**

Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Yuliya Maiouchkina,

Sworn to before me on April 3, 2009

_____
Craig L. Eisenberg
Notary Public, State of New York
Registration No. 01E16030725
Qualified in Suffolk County
Commission Expires September 20, 2009

Executive Attorney Service (516) 333-3447
Case No.: 103262